```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :    LIMITED UNSEALING ORDER
                                   :
          - v. -                   :    22 Mag. __590__
                                   :
TAKESHI EBISAWA,                   :
SOMPHOP SINGHASIRI,                :
SUKSAN JULLANAN,                   :
    a/k/a "Bobby," and             :
SOMPAK RUKRASARANEE,               :
                                   :
                    Defendants.    :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, DAMIAN WILLIAMS, by Assistant United States Attorneys Kaylan Lasky and Alexander Li;

WHEREAS the complaint and arrest warrants for the defendants in the above-captioned case are currently sealed; and

WHEREAS the United States Attorney's Office has applied to have the complaint and arrest warrants unsealed for the limited purposes of allowing the United States Attorney's Office to transmit the complaint and arrest warrants to representatives from the U.S. Department of State, other U.S. federal agencies, and foreign authorities, including but not limited to law enforcement, intelligence, and diplomatic authorities, for purposes of effectuating provisional arrest warrants, requests made under Mutual Legal Assistance Treaties, extradition requests and

coordinating federal government and law enforcement and other U.S. and foreign government activity prior to the unsealing of the complaint; it is hereby

ORDERED that the complaint and arrest warrants in this matter be unsealed for the limited purposes described in the preceding paragraph; and it is further

ORDERED that the complaint, arrest warrants, and this Order shall remain under seal until further Order from the Court.

Dated:   New York, New York
         January 19, 2022

_____
HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK