# LAW OFFICE OF
# EVAN L. LIPTON

ELL@evanliptonlaw.com  
Tel / Text (917) 924-9800

250 West 55th Street, Floor 30  
New York, New York 10019

July 30, 2022

<u>By ECF</u>  
Hon. Judge Colleen McMahon  
United States District Judge  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, NY 10007  
Email: ChambersNYSDMcMahon@nysd.uscourts.gov

                                  Re:    *United States v. Takeshi Ebisawa, et al*  
                                            22-CR-00256 (CM)

Dear Judge McMahon:

     I am counsel to Takeshi Ebisawa in the above-referenced matter, appointed pursuant to the Criminal Justice Act on April 5, 2022 (ECF Do. No. 3). I write to respectfully request authorization to submit interim vouchers in this ongoing matter, which I expect to last for several more months. As a solo practitioner, awaiting case disposition for payment will be a financial hardship.

     Thank you for your consideration of this request.

                                                      Respectfully yours,

                                                      Evan L. Lipton