

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

MEMO ENDORSED

September 26, 2022

9/26/22

**By ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Case adjourned to Oct. 12, 2022 at 2:30 p.m. — time excluded through Oct 12, in the interest of justice.

Re:   *United States v. Ebisawa et al.*, 22 Cr. 256 (CM)

Dear Judge McMahon:

[signature: Colleen McMahon]

The Government writes based on Chambers and the parties' discussions regarding the status conference in the above-captioned case, previously set for September 27, 2022, at 2:00 p.m., which is being rescheduled to October 12, 2022, at 2:30 p.m. The Government respectfully requests that the time between September 27, 2022, and October 12, 2022, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice would be served by an exclusion of time, so that the parties may attend to discovery. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/_____
Kaylan E. Lasky / Alexander Li
Assistant United States Attorneys
(212) 637-2315 / 2265

Cc: Counsel of record (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/22