

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 7, 2023

**MEMO ENDORSED**
7/10/23

**By ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Takeshi Ebisawa, et al.</u>, 22 Cr. 256 (CM)

Dear Judge McMahon:

The Government writes to respectfully request that the status conference scheduled for July 13, 2023 at 2:00 p.m. be adjourned for approximately 90 days and that Speedy Trial time be excluded until the next conference date. All defendants, through counsel, consent to this request.

The Government recently received returns from a mutual legal treaty request to Japan. These returns consist of approximately 800 pages of paper records, which appear to be largely in Japanese, as well as extractions of six electronic devices. The parties anticipate that the review of these materials will take some time. A 90-day adjournment will facilitate the parties' review of these returns and their continued discussions regarding any pretrial resolution to the case. Exclusion of Speedy Trial time would serve the same ends.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/___
Kaylan E. Lasky / Alexander Li /
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2315 / 2265 /
(914) 993-1924

Cc: Counsel of record (by ECF)

*Handwritten endorsement:* Case Adjourned to Oct 12, 2023 at 2:15 pm. Time Excluded, in the interest of justice, to allow for the review of discovery and plea discussions. [signed]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/23