

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



MEMO ENDORSED

October 3, 2023

**By ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Ebisawa, et al., 22 Cr. 256 (CM)

Dear Judge McMahon:

The Government writes, based on Chambers and the parties' discussions, regarding the status conference scheduled for October 12, 2023, in order to respectfully request that the conference be adjourned until December 13, 2023, at 2:00 p.m. The Government also moves, with the consent of defense counsel, for Speedy Trial time to be excluded from October 12, 2023 until December 13, 2023. The Government submits that the ends of justice would be served by an exclusion of time, so that the parties may attend to discovery and discuss potential pretrial resolutions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Kaylan E. Lasky / Alexander Li / Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2315 / 2265 /
(914) 993-1924

Cc: Counsel of record (by ECF)

---

*Handwritten endorsement:*

10/4/23

Case Adj' to Dec. 13, 2023 at 2:00 p.m. — time excluded through Dec. 13, in the interest of justice, to facilitate the review of discovery and plea discussions.

/s/ Colleen McMahon

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/23