UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

Takeshi Ebisawa and Somphop Singhasiri,

    Defendants.

------------------------------------------------------------x

22 CR 256 (CM)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-22-24
```

DEADLINE FOR THE GOVERNMENT TO PROVIDE 3500 MATERIAL AND 404(b) NOTICE, AND SCHEDULE FOR THE FILING OF *IN LIMINE* MOTIONS

McMahon, J.:

    The trial of this matter will commence on Monday, April 7, 2025.

    The Government must provide 3500 material, 404(b) disclosure, and file any *in limine* motions by February 7, 2025;

    Defense *in limine* motions and defense responses to the Government *in limine* motions are due February 28, 2025; and

    Government's response to defense *in limine* motions is due March 10, 2025.

    (NO REPLY PAPERS ON *IN LIMINE* MOTIONS).

    The Court will hold a Final Pre-Trial Conference and render its decision on *in limine* motions, Thursday, March 27, 2025, at 2:00 p.m.

    Speedy trail time is excluded through April 7, 2025, to allow for the making and adjudication of trial *in limine* motions, and in the interest of justice, to facilitate plea discussions and accommodate the busy schedules of all counsel.

August 22, 2024

                                                                         /s/ Colleen McMahon
                                                                   United States District Court Judge

1