UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-                                          22-CR-256-01 (CM)

Takeshi Ebisawa,

Defendant.

## SCHEDULING ORDER

McMahon, J.:

The date and time of defendant's sentencing has been changed. The new date and time:

March 3, 2026, at 2:00 p.m.

Dated: January 27, 2026

_____
U.S.D.J.

BY ECF TO ALL COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1-27-26_