**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

*MEMO ENDORSED*

March 5, 2026

So Ordered

*[signature]*
3/6/2026

**By ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Takeshi Ebisawa**, S3 22 Cr. 256 (CM)

Dear Judge McMahon:

The Government writes to respectfully request, pursuant to Federal Rule of Criminal Procedure 36, that the Court correct the judgment issued for defendant Takeshi Ebisawa, (Dkt. 106) by striking the standard conditions of supervised release (page 5), which the Court declined to impose at sentencing. Counsel for Ebisawa does not object to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Kaylan E. Lasky / Alexander Li /
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2315 / -2265 / -1587

cc:   Evan Lipton, Esq. (*by ECF*)
      Florian Miedel, Esq. (*by ECF*)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3 - 6 - 26